IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-mj-00230 GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | (Fed. R. Crim. P. 48 (a)) |
| | ) | |
| Jose Maria Arellano-VALLE | ) | |
| AKA Javier BONILLA-SERRANO | ) | |
| AKA Francisco ALVISA-MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to Jose Maria Arellano-VALLE.

Dated: September 18 , 2009         /s/ Gary S. Austin
                                    Gary S. Austin
                                    U.S. Magistrate Judge

1